ROBERT L. ESENSTEN (Bar No. 65728)
    resensten@esenstenlaw.com
JORDAN S. ESENSTEN (Bar No. 264645)
    jesensten@esenstenlaw.com
**ESENSTEN LAW**
12100 Wilshire Boulevard, Suite 1660
Los Angeles, California 90025
Telephone: (310) 273-3090
Facsimile: (310) 207-5969

Attorneys for Plaintiff ARLENE ROSENBLATT, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE ROSENBLATT, an individual, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>THE CITY OF SANTA MONICA, a municipal corporation; and THE CITY COUNCIL OF THE CITY OF SANTA MONICA, its governing body,<br><br>    Defendants. | CASE NO.<br><br>**PUTATIVE CLASS ACTION**<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |